Hope Del Carlo, OSB #002410
Elemental Law LLC
7805 SW 40th Ave., #19025
Portland, OR 97280
hope@elemental.law
Tel: 503-789-7372
Fax: 503-345-6655

Attorney for Plaintiff

Jeffrey G. Bradford, OSB No. 133080
Direct: 503.802.5724
Email: jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503.274.8779

Brandon Wong (admitted *pro hac vice*)
bwong@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Dr., 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

Attorneys for Defendant GoodLeap, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIA ZARATE,<br><br>Plaintiff,<br>v.<br><br>FREEDOM FOREVER OREGON, LLC, and GOODLEAP, LLC<br><br>Defendants. | Case No. 3:26-CV-00678-SB<br><br>**JOINT LR-26F REPORT** |

Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), Maria Zarate ("Plaintiff") and Defendant GoodLeap, LLC ("GoodLeap," together with Plaintiff, the "Parties"), via and through their counsel of record herein, have conferred and jointly prepared this report. Defendant Freedom Forever Oregon, LLC, is in default and did not participate in conferral or preparation of this report.

The Rule 26(f) conference was held via Zoom videoconference on July 16, 2026. As indicated by the signatures below, counsel representing the Parties participated in the conference.

I. CASE MANAGEMENT PLAN

A. PRETRIAL DEADLINES

a. Initial Disclosures:

The parties have agreed to exchange the initial disclosures normally required under Rule 26(a)(1) on or before August 26, 2026.

b. LR-16 Conference and Further Scheduling Order.

The Court has not yet scheduled or held a LR-16 conference. The court entered an initial Discovery and Pretrial Scheduling order setting the following deadlines:

--Discovery is to be completed by August 27, 2026.

--Joint Alternate Dispute Resolution Report is due by September 28, 2026.

The Parties respectfully request that the Court set a new discovery completion deadline of January 31, 2027.

B. ADDITIONAL ORDERS THE COURT SHOULD ISSUE

Plaintiff's Position: None at this time.

GoodLeap's Position: GoodLeap respectfully requests that the Court enter an order staying discovery until after the Court has ruled on GoodLeap's pending Motion to Dismiss the

Amended Complaint (ECF No. 17) so that the Parties have a clear understanding on which, if any, of Plaintiff's claims there is to be discovery. Plaintiff opposes staying discovery and requests a LR-16 on the issue.

GoodLeap additionally requests that the Court enter a protective order applying to all documents and information exchanged during discovery, many of which contain GoodLeap's proprietary information and trade secrets, as well as Plaintiff's PII. The Parties will meet and confer concerning the language of any protective order and submit one for the Court's review at an early practicable time. Plaintiff does not stipulate to and opposes entry of the protective order requested by GoodLeap. This is a consumer protection and civil rights case; lack of public access to case filings would undermine its purposes.

C. ELECTRONIC DISCOVERY

The Parties have taken steps to preserve the electronically stored information that is relevant to issues raised in the pleadings.

Plaintiff's Position: Plaintiff will request that certain electronically stored information be produced in native format.

GoodLeap's Position: To the extent that discovery is appropriate, GoodLeap will agree to produce documents in an industry standard format such as .TIFF or .PDF format. For those documents that cannot be produced in those formats, GoodLeap would agree to produce those documents in native format.

II. TRIAL

Plaintiff believes that the trial of this case can be completed in three days; GoodLeap believes it will require five days.

III. CONCLUSION

As officers of the Court, the undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy, and inexpensive determination of this action. The Parties reserve the right to petition the Court for appropriate orders under Rule 16(b), Rule 26(c) or other applicable federal and local rules as the case progresses.

Respectfully submitted this 11th day of August, 2026.

*/s/ Hope Del Carlo*
Hope Del Carlo, OSB #002410
Elemental Law LLC
7805 SW 40th Ave., #19025
Portland, OR 97280
hope@elemental.law
Tel: 503/789-7372
Fax: 503/345-6655

Attorney for Plaintiff

*/s/ Brandon Wong*
Brandon Wong (admitted *pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 371-2500
Facsimile: (714) 371-2550
bwong@manatt.com

*/s/ Jeffrey G. Bradford*
Jeffrey G. Bradford (OSB No. 133080)
TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Telephone: (503) 802-5724
Facsimile: (503) 274-8779
jeff.bradford@tonkon.com

Attorneys for Defendant GoodLeap, LLC